IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| WENDY BROWN, | * |
| Plaintiff, | * |
| v. | Case No.  3:23-CV-134-CDL-AGH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to the Order of this Court filed July 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $10,223.39.

This 2nd day of July, 2024.

David W. Bunt, Clerk

s/  Gail G. Sellers, Deputy Clerk